UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

TERRI ZIBULL,

        Plaintiff,

    v.

DEPUY ORTHOPAEDICS, INC., an Indiana corporation; JOHNSON & JOHNSON SERVICES, INC., a New Jersey corporation; JOHNSON & JOHNSON, INC., a New Jersey corporation; THOMAS P. SCHMALZRIED, MD; and THOMAS P. SCHMALZRIED, MD, A Professional California Corporation; and DOES I through 100, inclusive,

        Defendants.
_____/

NO. CIV. 2:12-1852 WBS CMK

ORDER OF RECUSAL

----oo0oo----

        Pursuant to the provisions of 28 U.S.C. § 455(b)(4), the undersigned hereby recuses himself as the judge to whom this case is assigned because the undersigned has a financial interest in defendant Johnson & Johnson, Inc.

        IT IS THEREFORE ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings,

making appropriate adjustments in the assignments of civil cases to compensate for such reassignment.

Any dates previously set in this case are hereby VACATED.

DATED: August 23, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2