UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

TERRI ZIBULL,

        Plaintiff,

   v.

DEPUY ORTHOPAEDICS, INC., an Indiana corporation; JOHNSON & JOHNSON SERVICES, INC., a New Jersey corporation; JOHNSON & JOHNSON, INC., a New Jersey corporation; THOMAS P. SCHMALZRIED, MD; and THOMAS P. SCHMALZRIED, MD, A Professional California Corporation; and DOES I through 100, inclusive,

        Defendants.
_____/

NO. CIV. 2:12-1852 WBS CMK

<u>ORDER OF RECUSAL</u>

----oo0oo----

        Pursuant to the provisions of 28 U.S.C. § 455(b)(4), the undersigned hereby recuses himself as the judge to whom this case is assigned because the undersigned has a financial interest in defendant Johnson & Johnson, Inc.

        IT IS THEREFORE ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings,

1 | making appropriate adjustments in the assignments of civil cases
2 | to compensate for such reassignment.
3 |             Any dates previously set in this case are hereby
4 | VACATED.
5 | DATED: August 23, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2